FILED: August 27, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4622

(3:11-cr-00253-RJC-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

SHERINA HOSEIN

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:11-cr-00253-RJC-2 |
| Date notice of appeal filed in originating court: | 08/23/2013 |
| Appellant (s) | Sherina Hosein |
| Appellate Case Number | 13-4622 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |