FILED: February 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4622 (L)
(3:11-cr-00253-RJC-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

SHERINA HOSEIN

       Defendant - Appellant

_____

O R D E R

_____

    Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

    The court grants appellant leave to file a joint appendix not to exceed 1170 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk